IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02517-PAB

JOSHUA R. NOWLAN,

     Plaintiff,

v.

CINEMARK, USA, INC., d/b/a CENTURY AURORA 16,

     Defendant.

---

### ORDER TRANSFERRING CASE

---

     This matter comes before the Court on plaintiff's Notice of Related Case Pursuant to D.C.COLO.LCivR 7.5 [Docket No. 2], wherein plaintiff notified the Court of an associated case, *Traynom and Axelrod v. Cinemark, USA, Inc.*, Case No. 12-cv-02514-RBJ, pending in this District before Judge R. Brooke Jackson.  It is in the interests of justice and efficiency that one judge preside over both cases.  Accordingly, pursuant to D.C.COLO.LCivR 40.1A and with the approval of Chief Judge Wiley Y. Daniel, it is

     ORDERED that this case is transferred to Judge R. Brooke Jackson.

     DATED September 24, 2012.

               BY THE COURT:


                s/Philip A. Brimmer
               PHILIP A. BRIMMER
               United States District Judge