UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 1 2012

JEFFREY P. COLWELL
CLERK

JOSHUA R. NOWLAN,
PLAINTIFF

CASE NO. 1:12-CV-02517

V.

CINEMARK USA INC,
DEFENDANT

JONATHAN LEE RICHES, MOVANT
NAOMI RICHES, MOVANT

MOTION TO INTERVENE AS PLAINTIFFS
UNDER FED. R.CIV P. RULE 24(A)2, 24(B)

Comes Now, the plaintiffs Jonathan Lee Riches & Naomi Riches, in pro-se, with newly discoved withheld evidence moves to intervene in this litigation under rule 24 (a) 2, as a unconditional matter of right.24(b)- permissive intervention.

FACTS

We have newly discovered evidence. James Eagan Holmes is innocent and the plaintiff and us support Holmes 100% and demand his release to us in west chester pennsylvania. James Holmes was experimented on through mind control against his will by biilioniare philip anschutz and by dr. lynne fenton who force injected anti-depressant drug into james arms when he was strapped in a chair at a secret laboratory in the basement at the university of colorado. James recieved daily injections of thorazine, also with oral pills of fanapt, risperadone, trazadone, and effector and James was told if he does not comply & tell anyone that they will kill his father robert and rape his mother arlene. We have video tape surveillance and now we are facing imminent danger and bodily harm by
aurora police chief dan oates & investigator craig appel who want these video tapes of the forced injections and we have phone call conversations of james calling us on verizon wireless in june 2012
begging for his life and telling us that he is being framed. We are proud members of the James holmes
is innocent facebook group and Jonathan Lee Riches has documents including dan oates & district attorney carol chambers having a affair with each other at the aurora holiday inn and videos of tamara
brady who is james attorney sleeping with aruroa investigator craig appel on 9/27/2012 in the parking
lot of red lopster and this is a conflict of interest which will prevent James from recieveing a fair hearing
and cinemark usa theather is in secret negotiaions with their rival Regal cinema which philip anschutz

anschutz
owns 50% of the stock with a huge conspiracy to create this tragey and have the theather shot up so anschutz & regal can buyout and purchase cinemark at a discount. Cinemark is in violation of labor laws hiring illegal immigrants to work the pop corn machine and be ushers and cinemarks movie
bathrooms are extremely dirty, i recieved a std from sitting on the toliet at century 16 theathers in aurora. Century 16 donates half their money to the national rifle association and encourages customers
to bring weapons into the theather to feel like the wild wild west.Century 16 shows porn movies at night and plans to air a sex tape of james holmes with paris hilton which violates Holmes privacy . Century 16 managers use their salary's to snort cocaine and to buy imax theather seats behind cinemarks
back .Cinemark theathers allowed pee wee herman to masterbate during the dark night premiere . I was at the theather on july 20, 2012 and did not see james holmes as the shooter, i saw masked men in sailor outfits that had illuminati patches on their neck who shot the movie theather up and I personally
saw dan oates plant th gas mask in the back parking lot. Jonathan Lee Riches is a former roomate of
james holmes in june of 2012 and james & jonathan were going to marry together at the steps of san
fransico and dan oates was jealos because riches is world famous , so oates framed holmes. Since james went to prison , Jonathan married naomi leatherman and now the movants are a tag team couple
and lawsuit filers of the universe. Movants plan to give out free free james holmes noveltiy items to all james holmes supporters.We love james holmes.

respectfully,  _____ 9-28-12
jonathan lee riches
1306 ashbridge rd
west chester, pa 19380

_____ 9/28/2012
naomi riches
1306 ashbridge rd
west chester, pa 19380