IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera             Date: November 26, 2012
Court Reporter:     Kara Spitler

Civil Action No. 12-cv-02517-RBJ

*Parties*:                                  *Counsel*:

JOSHUA R. NOWLAN,                           Christina M. Habas

    Plaintiff,

v.

CINEMARK, USA, INC.,                        Kevin Taylor
                                            Kyle Seedorf
    Defendant.                             John Roche
                                            Jacob Vos
                                            Amanda Wiley

**COURTROOM MINUTES**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:      1:29 p.m.**

Appearances of counsel.

Discussion regarding claims, staying discovery, the requested number of depositions and interrogatories, and issuing a gag order.

Discussion regarding the pending Motions to Dismiss in this case and the related cases.

Discussion regarding the dismissal of 12-cv-02706-RBJ-MEH and the named Plaintiff joining in as a plaintiff in 12-cv-02687-RBJ-MEH.

**ORDERED:**   The following cases will be consolidated for purposes of discovery and motions: 12-cv-02514-RBJ-MEH, 12-cv-02517-RBJ-MEH, 12-cv-02687-RBJ-MEH, 12-cv-02704-RBJ-MEH, 12-cv-02705-RBJ-MEH, 12-cv-02706-RBJ-MEH and 12-cv-02900-RBJ-MEH.

**ORDERED:**  Discovery will be stayed pending a ruling on the Motions to Dismiss in this case and all related cases.

**ORDERED:**  Non-parties at fault to be designated 90 days after a ruling on the Motions to Dismiss.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Discovery Cut-off: **January 31, 2014.**

Dispositive Motions Deadline: **February 15, 2014.**

Each side shall be limited to twenty-five (25) Interrogatories on liability and five (5) Interrogatories on damages, twenty-five (25) Requests for Production on liability and five (5) Requests for Production on damages, and twenty-five (25) Requests for Admissions on liability and five (5) Requests for Admissions on damages, absent further leave of Court.

Each side shall be limited to fifteen (15) depositions per side, absent leave of Court.

Each side shall be limited to ten (10) experts per side, absent leave of Court.

**FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE** is set for **at April 25, 2014 at 1:30 p.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  **Parties should have exchanged jury instructions in advance and should be prepared to discuss them at this proceeding.**

**JURY TRIAL** is set for **at May 5, 2014 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**ORDERED:**  Parties to contact chambers if they wish to set a Status Conference.

**ORDERED:**  Plaintiffs to file a revised scheduling order reflecting the changes made at today's proceeding.

HEARING CONCLUDED.
**Court in recess:      2:22 p.m.**
Total time in court:     00:53