IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| Civil Action No. | 12-cv-02514-RBJ-MEH | Date:   December 14, 2012 |
|---|---|---|
| | 12-cv-02517-RBJ-MEH | **FTR – Courtroom A501** |
| | 12-cv-02687-RBJ-MEH | Courtroom Deputy: Cathy Coomes |
| | 12-cv-02704-RBJ-MEH | |
| | 12-cv-02705-RBJ-MEH | |
| | 12-cv-02706-RBJ-MEH | |
| | 12-cv-02900-RBJ-MEH | |

**12-cv-02514-RBJ-MEH**
DENISE N. TRAYNOM and				Christina Habas
BRANDON K. AXELROD,				Michael Keating
						Deirdre Ostrowski

    Plaintiffs,

vs.

CINEMARK, USA, INC.,				John Roche
						Kevin Taylor
    Defendant.					Kyle Seedorf
						Amanda Wiley

**12-cv-02517-RBJ-MEH**
JOSHUA R. NOWLAN,				Christina Habas
						Michael Keating
    Plaintiff,					Deirdre Ostrowski

v.

CINEMARK, USA, INC.,				John Roche
						Kevin Taylor
    Defendant.					Kyle Seedorf
						Amanda Wiley

**12-cv-02687-RBJ-MEH**
DION ROSBOROUGH,				Michael Sawaya
RYAN LUMBA,					Robert Wilhite
TONY BRISCOE,					Sandra Hagen
JON BOIK, and
LOUIS DURAN,

    Plaintiffs,

v.

| | |
|---|---|
| CINEMARK, USA, INC., | Kevin Taylor |
| Defendant. | |

**12-cv-02704-RBJ-MEH**
| | |
|---|---|
| JERRI JACKSON, | Jerome Malman |
| Plaintiff, | |
| v. | |
| CINEMARK, USA, INC. | Kevin Taylor |
| | Kyle Seedorf |
| Defendant. | |

**12-cv-02705-RBJ-MEH**
| | |
|---|---|
| GREGORY MEDEK and RENA MEDEK, | Jerome Malman |
| Plaintiffs, | |
| v. | |
| CINEMARK, USA, INC., | Kevin Taylor |
| | Kyle Seedorf |
| Defendant. | |

**12-cv-02706-RBJ-MEH**
| | |
|---|---|
| MARY THERESA HOOVER, | Jerome Malman |
| Plaintiff, | |
| v. | |
| CINEMARK, USA, INC., | Kevin Taylor |
| | Kyle Seedorf |
| Defendant. | |

**12-cv-02900-RBJ-MEH**
| | |
|---|---|
| IAN SULLIVAN, | Jerome Malman |
| Plaintiff, | |
| v. | |
| CINEMARK, USA, INC., | Kevin Taylor |
| | Kyle Seedorf |
| Defendant. | |

### COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:** 10:05 a.m.

Court calls case.  Appearances of counsel.  Plaintiff Joshua Nowlan is present.

Argument and discussion regarding Defendant's Motion to Dismiss for Failure to State a Claim (Doc. #15, filed 10/18/12 – 12-cv-02514; Doc. #19, filed 10/18/12 – 12-cv-02517; Doc. #17, filed 11/7/12 – 12-cv-02687; Doc. #7, filed 10/18/12 – 12-cv-02704; Doc. #6, filed 10/18/12 – 12-cv–2705; Doc. #7, filed 10/18/12 – 12-cv-02706; Doc. #7, filed 11/6/12 – 12-cv-02900).

**ORDERED:**  The Court takes the above motions under advisement.

**Court in recess:** 11:54 a.m.  **(Hearing concluded)**
**Total time in court:** 1:49